**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CASE NO. |
| **Plaintiff,** | |
| v. | JUDGE |
| **WADE S. CHRISTOFFERSON,** | **INFORMATION** |
| **Defendant.** | **18 U.S.C. § 2422(b)** |
| | **FORFEITURE ALLEGATION** |

**THE UNITED STATES ATTORNEY CHARGES:**

### COUNT ONE
(Coercion and Enticement of a Minor)

1.  Between May 2025 and November 2025, in the Southern District of Ohio and elsewhere, the defendant, **WADE S. CHRISTOFFERSON**, using a means or facility of interstate or foreign commerce, including the United States Postal Service, did knowingly persuade, induce, entice, and coerce an individual who had not attained the age of 18 years, that is: an approximately seven-year-old female (Minor Victim One), to engage in any sexual activity for which any person can be charged with a criminal offense, that is: Aggravated Sexual Abuse of a Child, a felony in the first degree, in violation of Utah Criminal Code § 76-5-404.3.

**In violation of 18 U.S.C. § 2422(b).**

### FORFEITURE ALLEGATION

2.  The allegations of Count One of this Information are hereby incorporated by reference for purposes of alleging forfeitures to the United States of America pursuant to 18 U.S.C. § 2428.

3.      As a result of the offense alleged in Count One of this Information and upon conviction thereof, the defendant, **WADE S. CHRISTOFFERSON**, shall forfeit to the United States, in accordance with 18 U.S.C. § 2428(a)(1), all of his right, title, and interest in any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violation, including, but not limited to, the following:

(a)  all matter containing visual depictions of child pornography and child erotica, transported, mailed, shipped and possessed in violation thereof; and

(b)  all property used and intended to be used to commit and to promote the commission of the aforementioned violation, including but not limited to the following:

1. One Apple iPhone, serial number G4XJD6RPYY, with associated IMEI number 358348182965641, including its contents; and
2. Assorted letters and drawings.

**Forfeiture in accordance with 18 U.S.C. § 2428(a)(1) and Rule 32.2 of the Federal Rules of Criminal Procedure.**

**DOMINICK S. GERACE II**
United States Attorney

*Emily Czerniejewski*

**EMILY CZERNIEJEWSKI** (IL 6308829)
Assistant United States Attorney

2